**HUGHES & PRITCHARD, LLP**
Gregory J. Hughes  #071288
Amelia Ryan Pritchard   #196902
Christopher D. Hughes #254864
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone  (916) 774-7506
Facsimile (916) 791-1644

Attorneys for Appellees
Clayeo C. Arnold and
Clayeo C. Arnold, Professional Law Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE HUGHES,<br><br>　　　　　Appellant.<br><br>　　v.<br><br>CLAYEO C. ARNOLD and CLAYEO ARNOLD, PROFESSIONAL LAW CORPORATION<br><br>　　　　　Appellees. | District Court Case Number<br>2:08CV-00490 JAM<br><br>Bankruptcy Court Case Number<br>No.　05-22777-D-7<br><br>Adversary Proceeding Number<br>No.　05-2225-004<br><br>**ORDER DENYING MOTION FOR REHEARING**<br><br>DATE:　　October 1, 2008<br>TIME:　　9:00 am<br>CTRM:　　Courtroom 6, 14th Floor |

Appellant's Motion for Rehearing having come on for hearing before the undersigned on October 1, 2008, with appearances by Appellant Melanie Hughes, *in propia persona*, and Gregory J. Hughes, on behalf of Appellees Clayeo C. Arnold and Clayeo C. Arnold, Professional Law Corporation, and the Court having stated its decision on the record, now therefor,

///

///

///

| | |
|---|---|
| 1 | |
| 2 | IT IS HEREBY ORDERED that the motion is denied. |
| 3 | Dated: October 8, 2008 |

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge

APPROVED AS TO FORM AND SUBSTANCE.

Dated:   October 7, 2008

Hughes & Pritchard LLP

By          /S/ Gregory J. Hughes
Gregory J. Hughes,
Attorney for Appellees

Dated: _____

*Declined to sign*
Melanie Hughes, *In Propia Persona*

2